1   TIMKEN JOHNSON HWANG LLP
    A Professional Law Group
2   HEIDI A. TIMKEN (Cal. Bar No. 159731)
    htimken@timkenlawgroup.com
3   CHRISTOPHER J. GONZALEZ (Cal. Bar No. 227804)
    cgonzalez@timkenlawgroup.com
4   500 Ygnacio Valley Road, Suite 360
    Walnut Creek, CA  94596
5   Telephone:     (925) 945-6211
    Facsimile:     (925) 945-7811
6
    Attorneys for Plaintiffs
7   CARLTON A. SULLINS; RITA SULLINS;
    And DON-SUL, INC.
8
    SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
9   A Limited Liability Partnership Incl. Professional Corps.
    JEFFREY J. PARKER (Cal. Bar No. 155377)
10  jparker@sheppardmullin.com
    WHITNEY JONES ROY (Cal. Bar No. 211541)
11  wroy@sheppardmullin.com
    333 South Hope Street, 48th Floor
12  Los Angeles, CA  90071-1448
    Telephone:     (213) 620-1780
13  Facsimile:     (213) 620-1398
14  Attorneys for Defendant EXXON MOBIL
    CORPORATION, Erroneously Sued as "Exxon/Mobil
15  Corporation"
16              UNITED STATES DISTRICT COURT
17             NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| CARLTON A. SULLINS, an Individual, RITA SULLINS, an Individual, and DON-SUL, INC, a California corporation, | Case No.  C 08-04927 CW |
| Plaintiffs, | **ORDER PURSUANT TO STIPULATION OF THE PARTIES** |
| v. | **1.  GRANTING PLAINTIFFS LEAVE TO FILE AN AMENDED COMPLAINT, AND** |
| EXXON MOBIL CORPORATION, a New Jersey corporation, and DOES 1-100, inclusive, | **2.  GRANTING REQUEST TO EXTEND TIME** |
| Defendants. | Assigned For All Purposes To Judge Claudia Wilken |

19
20
21
22
23
24
25
26
27
28

ORDER GRANTING PLAINTIFFS LEAVE TO FILE AMENDED COMPLAINT AND EXTENDING TIME

1

**ORDER**

2      PURSUANT TO STIPULATION OF THE PARTIES, AND GOOD CAUSE

3  APPEARING, IT IS HEREBY ORDERED that Plaintiffs may file an amended complaint.

4      IT IS ALSO ORDERED that the Case Management Order, filed February 19, 2009, is

5  hereby modified to extend the time by which Plaintiffs must file the amended complaint.  The

6  amended complaint must be on file by June 10, 2009.  Defendant's responsive pleading to said

7  amended complaint is due within 30 days of said filing.

8      3/10/09
   Date: _____

9

10  _____
    JUDGE CLAUDIA WILKEN
11  UNITED STATES DISTRICT COURT,
    NORTHERN DISTRICT OF CALIFORNIA
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SULR 10035.3889                        - 2 -                     Case No. C 08-04927 CW

ORDER GRANTING PLAINTIFFS LEAVE TO FILE AMENDED COMPLAINT AND EXTENDING TIME