TIMKEN JOHNSON HWANG LLP
A Professional Law Group
HEIDI A. TIMKEN (Cal. Bar No. 159731)
htimken@timkenlawgroup.com
CHRISTOPHER J. GONZALEZ (Cal. Bar No. 227804)
cgonzalez@timkenlawgroup.com
1931 San Miguel Drive, Suite 100
Walnut Creek, CA 94596
Telephone:   (925) 945-6211
Facsimile:   (925) 945-7811

Attorneys for Plaintiffs
CARLTON A. SULLINS; RITA SULLINS;
And DON-SUL, INC.

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
A Limited Liability Partnership Incl. Professional Corps.
JEFFREY J. PARKER (Cal. Bar No. 155377)
jparker@sheppardmullin.com
WHITNEY JONES ROY (Cal. Bar No. 211541)
wroy@sheppardmullin.com
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448
Telephone:   (213) 620-1780
Facsimile:   (213) 620-1398

Attorneys for Defendant EXXON MOBIL
CORPORATION, Erroneously Sued as "Exxon/Mobil
Corporation"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON A. SULLINS, an Individual, RITA SULLINS, an Individual, and DON-SUL, INC, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, a New Jersey corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 08-04927 CW<br><br>**ORDER UPON STIPULATION OF THE PARTIES:**<br><br>**1. GRANTING PLAINTIFFS LEAVE TO FILE A THIRD AMENDED COMPLAINT; AND**<br><br>**2. CONTINUE PRETRIAL DISCOVERY DATES**<br><br>Assigned For All Purposes To<br>Judge Claudia Wilken |

# ORDER

PURSUANT TO STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

    A.    Plaintiffs may file a Third Amended Complaint to include claims under RCRA. Such amended complaint shall be filed no later than February 5, 2010.

    B.    Defendant ExxonMobil shall file its responsive pleading to said amended complaint no later than 20 days after said filing.

IT IS ALSO ORDERED, that certain pretrial discovery deadlines shall be continued as follows:

| | | |
|---|---|---|
| (i) | Disclosure of Expert Identities & Reports: | 2/19/2010 |
| (ii) | Disclosure of Rebuttal Expert Identities & Reports: | 3/19/2010 |
| (iii) | Completion of Fact Discovery: | 4/14/2010 |
| (iv) | Completion of Expert Discovery: | 4/14/2010 |

All other previously scheduled pretrial and trial dates remain unchanged at this time.

Date: 2/2/10

_____
JUDGE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA