IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE REYES GUERRA,

    Petitioner,

  v.

LARRY SMALL, Acting Warden,

    Respondent.

No. C 09-03948 CW (PR)

ORDER OF DISMISSAL

    Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He states that his petition for a writ of habeas corpus is still pending before the California Supreme Court.

    The California Supreme Court's official website shows that Petitioner's state habeas petition was filed on February 10, 2010, and that there has not been any final decision from the California Supreme Court. See Guerra (Jose Reyes) on H.C., Cal. S. Ct. No. S180191.

    The exhaustion requirement applicable to federal habeas petitions is not satisfied if there is a pending post-conviction proceeding in state court. See 28 U.S.C. § 2254(b)-(c); Sherwood

v. Tomkins, 716 F.2d 632, 634 (9th Cir. 1983). If a post-conviction challenge to a criminal conviction is pending in state court, a potential federal habeas petitioner must await the outcome of the challenge before his state remedies are considered exhausted. See id. Moreover, the rule in Sherwood applies whether or not the issue raised in the pending state petition is included in the federal petition, see id., for the reason that a pending state court challenge may result in the reversal of the petitioner's conviction, thereby mooting the federal petition. See id. (citations omitted).

As Petitioner has a petition currently pending in the California Supreme Court, the instant petition for a writ of habeas corpus is DISMISSED without prejudice to refiling once all state court post-conviction challenges to Petitioner's conviction have been completed, and all claims Petitioner wishes to raise in federal court have been presented to the Supreme Court of California. See 28 U.S.C. § 2254(b)-(c); Rose v. Lundy, 455 U.S. 509, 522 (1982) (holding every claim raised in federal habeas petition must be exhausted).

The Clerk of the Court shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: 2/25/10

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE REYES GUERRA,

      Plaintiff,

v.

LARRY SMALL et al,

      Defendant.

Case Number: CV09-03948 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Reyes Guerra F-57686
D2-136
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233-5002

Dated: February 25, 2010

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk