| | |
|---|---|
| 1 | TIMKEN JOHNSON HWANG LLP |
| | A Professional Law Group |
| 2 | HEIDI A. TIMKEN (Cal. Bar No. 159731) |
| | htimken@timkenlawgroup.com |
| 3 | CHRISTOPHER J. GONZALEZ (Cal. Bar No. 227804) |
| | cgonzalez@timkenlawgroup.com |
| 4 | 1931 San Miguel Drive, Suite 100 |
| | Walnut Creek, CA 94596 |
| 5 | Telephone: (925) 945-6211 |
| | Facsimile: (925) 945-7811 |
| 6 | |
| | Attorneys for Plaintiffs |
| 7 | CARLTON A. SULLINS; RITA SULLINS; |
| | And DON-SUL, INC. |
| 8 | |
| | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP |
| 9 | A Limited Liability Partnership Incl. Professional Corps. |
| | JEFFREY J. PARKER (Cal. Bar No. 155377) |
| 10 | jparker@sheppardmullin.com |
| | WHITNEY JONES ROY (Cal. Bar No. 211541) |
| 11 | wroy@sheppardmullin.com |
| | 333 South Hope Street, 48th Floor |
| 12 | Los Angeles, CA 90071-1448 |
| | Telephone: (213) 620-1780 |
| 13 | Facsimile: (213) 620-1398 |
| 14 | Attorneys for Defendant EXXON MOBIL |
| | CORPORATION, Erroneously Sued as "Exxon/Mobil |
| 15 | Corporation" |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON A. SULLINS, an Individual, RITA SULLINS, an Individual, and DON-SUL, INC, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, a New Jersey corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 08-04927 CW<br><br>**ORDER UPON STIPULATION OF THE PARTIES GRANTING MODIFICATION OF PRETRIAL DEADLINES AS MODIFIED**<br><br>Assigned For All Purposes To Judge Claudia Wilken |

| | | | |
|---|---|---|---|
| 1 | | **ORDER** | |
| 2 | PURSUANT TO STIPULATION OF THE PARTIES, AND GOOD CAUSE | | |
| 3 | APPEARING, IT IS HEREBY ORDERED: | | |
| 4 | That certain pretrial discovery deadlines shall be continued as follows: | | |
| 5 | (i) | Disclosure of Expert Identities & Reports: | 3/25/2010 |
| 6 | (ii) | Disclosure of Rebuttal Expert Identities & Reports: | 4/23/2010 |
| 7 | (iii) | Case Management Conference: | **6/10/2010** |
| 8 | (iv) | Completion of Fact Discovery: | 4/30/2010 |
| 9 | (v) | Completion of Expert Discovery: | 5/28/2010 |
| 10 | (vi) | Deadline for Hearings on Dispositive Motions: | **6/10/2010** |
| 11 | (vii) | Deadline to Exchange Motions in Limine and Trial Documents: | 6/29/2010 |
| 12 | (viii) | Final Pretrial Conference: | 6/29/2010 |
| 13 | (ix) | Trial: | 7/12/2010 |

All other previously scheduled pretrial and trial dates remain unchanged at this time.

Date: 3/22/2010

_____
JUDGE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA