IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLTON SULLINS, et al.,

    Plaintiffs,

  v.

EXXON/MOBIL CORPORATION,

    Defendant.
    _____/

No. C 08-04927 CW

ORDER ON PLAINTIFFS' MOTIONS IN LIMINE FOUR AND FIVE (Docket # 86)

The Court rules on Plaintiffs' motions in limine four and five as follows:

**Plaintiffs' Motions in Limine**

4.   Exclude reference to reimbursement from UST fund.

    DENIED.

5.   Exclude reference to the Pitcock Settlement.

    GRANTED, in part.  Unless Plaintiffs agree, Defendant may not refer to the amount of the settlement.  Defendant may refer to the fact that Plaintiffs sued Pitcock Petroleum for contamination resulting from the Pitcock Release.  The parties shall draft an instruction explaining how the jury should consider this.

    IT IS SO ORDERED.

Dated: July 16, 2010

CLAUDIA WILKEN
United States District Judge