contamination on their Property between September 24, 2005 and today that were not reimbursed by the Underground Storage Tank Fund.  What amount, if any, of these costs do you find was caused by ExxonMobil's conduct?

$_____

Please have the presiding juror sign and date this form.

Signed:_____
        Presiding Juror

Dated: _____

After this verdict form has been signed, please deliver it to the clerk or bailiff.

3