IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON SULLINS, an individual, RITA SULLINS, an individual, DON-SUL, INC., a California Corporation,<br><br>   Plaintiffs,<br><br> v.<br><br>EXXON/MOBIL CORPORATION, a New Jersey Corporation,<br><br>   Defendant.<br>_____/ | No. 08-04927 CW<br><br>VERDICT FORM |

  We, the jury, in the above-entitled action, find the following verdict on the following questions submitted to us.  "Plaintiffs" shall refer to Plaintiffs Carlton A. Sullins, Rita Sullins and Don-Sul, Inc.  "ExxonMobil" shall refer to Defendant ExxonMobil Corporation.

  We answer the questions submitted to us as follows:

  1. Did ExxonMobil cause any portion of the contamination on the property located at 187 North L. Street, Livermore, California. (Property)?

    Yes ____   No ____

  If your answer to question 1 is "Yes," then answer question 2. If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

  2. Did contamination caused by ExxonMobil substantially and unreasonably interfere with Plaintiffs' use or enjoyment of the

Property?

     Yes _____       No _____

If your answer to question 2 is "Yes," then answer question 3. If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Would an ordinary person have been reasonably annoyed or disturbed by the contamination caused by ExxonMobil?

     Yes _____      No _____

If your answer to question 3 is "Yes," then answer question 4. If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Was the contamination caused by ExxonMobil a substantial factor in causing harm to Plaintiffs?

     Yes _____      No _____

If your answer to question 4 is "Yes," then answer question 5. If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

5. If all the contamination on Plaintiffs' property is represented as 100%, what percentage of the contamination do you find was caused by ExxonMobil?

                                        _____%

6. The parties agree that Plaintiffs incurred costs in the amount of $42,377.95 to investigate and remediate all of the

2

contamination on their Property between September 24, 2005 and today that were not reimbursed by the Underground Storage Tank Fund.  What amount, if any, of these costs do you find was caused by ExxonMobil's conduct?

$_____

   Please have the presiding juror sign and date this form.


   Signed:_____
           Presiding Juror

   Dated: _____


   After this verdict form has been signed, please deliver it to the clerk or bailiff.

3