1  TIMKEN JOHNSON HWANG LLP
   A Professional Law Group
2  HEIDI A. TIMKEN (Cal. Bar No. 159731)
   htimken@timkenlawgroup.com
3  CHRISTOPHER J. GONZALEZ (Cal. Bar No. 227804)
   cgonzalez@timkenlawgroup.com
4  1931 San Miguel Drive, Suite 100
   Walnut Creek, CA  94596
5  Telephone:     (925) 945-6211
   Facsimile:     (925) 945-7811
6
   Attorneys for Plaintiffs
7  CARLTON A. SULLINS; RITA SULLINS;
   And DON-SUL, INC.
8
   SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
9  A Limited Liability Partnership Incl. Professional Corps.
   JEFFREY J. PARKER (Cal. Bar No. 155377)
10 jparker@sheppardmullin.com
   WHITNEY JONES ROY (Cal. Bar No. 211541)
11 wroy@sheppardmullin.com
   333 South Hope Street, 48th Floor
12 Los Angeles, CA  90071-1448
   Telephone:     (213) 620-1780
13 Facsimile:     (213) 620-1398

14 Attorneys for Defendant EXXON MOBIL
   CORPORATION, Erroneously Sued as "Exxon/Mobil
15 Corporation"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON A. SULLINS, an Individual, RITA SULLINS, an Individual, and DON-SUL, INC, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, a New Jersey corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  C 08-04927 CW<br><br>**ORDER CONTINUING STATUS CONFERENCE HEARING**<br><br>Assigned For All Purposes To Judge Claudia Wilken |

SULR 10035.                               - 1 -                               Case No. C 08-04927 CW

ORDER ~~VACATING~~ STATUS CONFERENCE HEARING
               CONTINUING

**ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

The status conference hearing, currently scheduled for November 23, 2010, is continued to January 18, 2011 at 2:00 p.m.

Date: 11/22/2010

*/s/ Claudia Wilken*
JUDGE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA